UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00287-RJC-DCK

| FARRAH MITCHELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on June 27, 2022. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis without prejudice to amending her application or paying the filing fee. [Doc. 3]. Plaintiff filed an amended application and the Court denied it for the reasons stated in that Order. [Docs. 4, 5]. The Court Ordered Plaintiff to pay the filing fee in this matter by September 21, 2022 and advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Doc. 5 at 2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: September 26, 2022

_/s/ Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge